### STATE v. AARON SHARPE AND BERRY RICHARDSON.

(Filed 10 September, 1930.)

MOTION by State to docket and dismiss appeal.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*

PER CURIAM. This is a companion case to *State v. Bynum et al., ante,* 376, and what is said in that case applies equally to the instant one, the facts being substantially the same.

Appeal dismissed.